UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DION PALMER,

    Petitioner,

v.

SAN FRANCISCO JAIL SHERIFF,

    Respondent.

Case No. 24-cv-00656-HSG

**ORDER OF DISMISSAL**

On or about February 6, 2024, Petitioner filed a petition for a writ of habeas corpus. Dkt. No. 1. That same day, the Court informed Petitioner that the action was deficient because Petitioner neither paid the filing fee nor filed an application to proceed *in forma pauperis*. Dkt. No. 2. The Court informed Petitioner that he should correct this deficiency by March 7, 2024, or the action would be dismissed. *Id.* The Court sent Petitioner a blank *in forma pauperis* application form. *Id.* The deadline has passed, and Petitioner has not filed an *in forma pauperis* application, or paid the filing fee, or otherwise communicated with the Court. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Petitioner filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

    **IT IS SO ORDERED.**

Dated: 4/22/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge