UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DION PALMER,<br><br>        Petitioner,<br><br>    v.<br><br>SAN FRANCISCO JAIL SHERIFF,<br><br>        Respondent. | Case No. 24-cv-00656-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/22/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge